**Entered on Docket
April 02, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: April 02, 2009**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

MARISOL A. NAGATA
State Bar No. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
(626) 15-5714 – Phone
(626) 915-0289 - Fax
ndcaecf@bdftwo.com
File No. 1111665

Attorney for Movant
BANKUNITED, FSB, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>JERRY E. CHESLEY,<br><br><br><br>Debtor. | CASE NO.: 08-12361 AJ-13<br><br>CHAPTER: 13<br><br>R.S. NO.: EAT-357<br><br>ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: March 26, 2009<br>TIME: 9:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>99 South E Street<br>Santa Rosa, California |

    The motion of Secured Creditor, BANKUNITED, FSB ("Movant"), its successors and assigns, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, the HONORABLE ALAN JAROSLOVSKY, United States Bankruptcy Judge presiding. All appearances were as notated on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is

1

ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

ORDERED, ADJUDGED AND DECREED the debtor shall be post-petition current on his regular monthly mortgage installments on or before May 26, 2009. If the debtor is not post-petition current on or before May 26, 2009, the automatic stay shall terminate in its entirely as to Movant, its successors and assigns, thereby permitting enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on May 4, 2007 as Instrument No. 2007051507 in the Office of the County Recorder of Sonoma County, California including that certain real property commonly known as **20297 Railroad Avenue, Monte Rio, California 95462** and legally described as follows:

> THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, AN UNINCORPORATED AREA, COUNTY OF SONOMA, AND IS DESCRIBED AS FOLLOWS:
>
> PARCEL ONE: LOTS 4, 5, 6 AND 7 IN TIER D, AS NUMBERED AND DESIGNATED UPON THAT MAP ENTITLED MAP OF SUBDIVISION OF EAST MONTE RIO ADDITION NO. 1, FILED IN THE OFFICE OF THE COUNTY RECORDER ON JULY 8, 1909 IN BOOK 21 OF MAPS, PAGE 12, SONOMA COUNTY RECORDS.
>
> PARCEL TWO: ALL THAT PORTION OF SAID LAND, BEING A PORTION CONTAINED IN THAT CERTAIN RESOLUTION ORDERING THE VACATION OF LYONS AVENUE, RECORDED JULY 15, 1993 UNDER DOCUMENT NO. 1993-0088662, SONOMA COUNTY RECORDS.
>
> APN: 095-225-023.

IT IS FURTHER ORDERED THAT if Movant obtains relief from stay based on Debtor's defaults hereunder, the 10-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall be waived.

** END OF ORDER **