0050-2B-EPIF2B-00019651-105065

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: JERRY E CHESLEY
Debtor(s)

Case No.: 08-1-2361 AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard - Santa Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/04/2008.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 07/01/2009.
6) Number of months from filing or conversion to last payment: 5.
7) Number of months case was pending: 9.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 22,925.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $1,351.55 |
| Less amount refunded to debtor: | $1,351.55 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GENERAL - DEPT OF JUSTI | Unsecured | NA | NA | NA | .00 | .00 |
| BANK UNITED | Secured | 336,181.00 | NA | NA | .00 | .00 |
| BANK UNITED | Secured | 12,578.38 | NA | NA | .00 | .00 |
| BARRETT DAFFIN FRAPPIER, ETAL | Unsecured | NA | .00 | .00 | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| CHIEF TAX COLLECTION SECTION | Unsecured | NA | NA | NA | .00 | .00 |
| CLIENT SERVICES INC | Unsecured | 280.18 | NA | NA | .00 | .00 |
| COUNTY OF SONOMA | Secured | 287.71 | NA | NA | .00 | .00 |
| CREDITORS INTERCHANGE | Unsecured | 7,337.46 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| PATRICIA A CUTLER, ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |

Case: 08-12361    Doc# 42    Filed: 09/17/09    Entered: 09/17/09 09:09:40

